IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT OWEN ARRINGTON, | * |
| Petitioner, | * |
| v. | * CV 117-022 |
| WARDEN, GDCP, | * |
| Respondent. | * |

O R D E R

Before the Court is a motion by Petitioner's counsel to dismiss Petitioner's Petition for Writ of Habeas Corpus. (Doc. 75.) Petitioner died of natural causes on January 2, 2018. Accordingly, the Court **GRANTS** the motion. The Clerk **SHALL TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA